UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-14042-CIV-KING/WHITE

DANIEL MAGLIO,

    Plaintiff,

v.

DR. HARIDAS NARSI BHADJA,

    Defendant.
_____/

## ORDER GRANTING SUMMARY JUDGMENT

**THIS CAUSE** comes before the Court upon the December 13, 2010 Report and Recommendation ("R&R") of Magistrate Judge Patrick A. White (DE #100), recommending that Defendant's Motion for Summary Judgment (DE #86) be granted, Defendant's Motion to Dismiss (DE #57) be denied as moot, and this case be closed.

After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Patrick A. White's December 13, 2010 Report and Recommendation **(DE #100)** be, and the same is, hereby **AFFIRMED and ADOPTED**.

2. Defendant's Motion for Summary Judgment **(DE #86)** be, and the same is,

hereby **GRANTED**.

3. Defendant's Motion to Dismiss **(DE #57)** be, and the same is, hereby **DENIED as moot**.

4. The Clerk shall **CLOSE** this case.

5. All remaining pending motions are **DENIED as moot**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of December, 2010.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Magistrate Judge Patrick A. White

*Plaintiff*

**Daniel Maglio**
DC #910692
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, FL 33955-9701
PRO SE

*Counsel for Defendants*

**Jeremy Thomas Palma**
Rissman Weisberg Barrett Hurt et al
201 E Pine Street
15th Floor PO Box 4940

Orlando, FL 32802-4940
407-839-0120
Fax: 407-841-9726
Email: jeremy.palma@rissman.com